IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE BURNS & RUSSELL COMPANY :
OF BALTIMORE CITY, et al. :
                            :
v.                          : Civil Action WMN-01-304
                            :
REICHHOLD CHEMICALS, INC.   :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 4th day of April 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiffs' Motion to Remand (Paper No. 11) is hereby GRANTED in part and DENIED in part, in that the Clerk of this Court is instructed to REMAND this action to the Circuit Court for Baltimore City but there will be no award to Plaintiffs of costs and attorney's fees;

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge